

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTA ITZHAK, SANDY KREUTTER & SKIP SOLORZANO, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>KEURIG GREEN MOUNTAIN, INC.,<br>Defendants. | Case No. 8:25-cv-00235<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FURTHER AMENDING BRIEFING SCHEDULE FOR RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT (L.R. 7-1)**<br><br>Date Action Filed: February 7, 2025 |

**IT IS HEREBY ORDERED THAT**, the schedule for Defendant Keurig Green Mountain, Inc. ("Keurig") to respond to Plaintiffs Krista Itzhak, Sandy Kreutter and Skip Solorzano (collectively, "Plaintiffs") Second Amended Complaint (Dkt. No. 36) is as follows:

1. The parties shall meet and confer pursuant to Local Rule 7-3 by August 22, 2025;

2. Keurig shall respond to Plaintiffs' Second Amended Complaint by August 29, 2025;

3. To the extent Keurig moves to dismiss and/or strike Plaintiffs' Second Amended Complaint, Plaintiffs' opposition brief shall be due on October 3, 2025 and Keurig's reply brief shall be due on October 23, 2025.

**IT IS SO ORDERED.**

Dated: August 18, 2025

Karen E. Scott
Honorable Karen E. Scott
United States Magistrate Judge