1
2
3
4
5

**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
Jonathan Gil, Esq. (SBN: 347431)
jonathan@kazlg.com
2221 Camino del Rio S, Suite 101
San Diego, California 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

6
7
8
9
10

**ASSASSI & CRUZ LAW FIRM. PC**
Adib Assassi, Esq. (SBN: 301036)
adib@aclegalteam.com
Veronica Cruz, Esq. (SBN: 318648)
veronica@aclegalteam.com
1100 W. Town & Country Road, Suite 1250
Orange, CA 92868
Telephone: (800) 500-0301
Facsimile:  (800) 500-0301

11

*Attorneys for Plaintiffs,*

12

13

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

14

15
16

KRISTA ITZHAK, SANDY KREUTTER
& SKIP SOLORZANO, individually and
on behalf of all others similarly situated,

17

Plaintiffs,

18

vs.

19

20

KEURIG GREEN MOUNTAIN, INC.,

Defendant.

21

22

23

24

Case No.:  8:25-cv-00235-KES

Assigned to Magistrate Judge Karen E. Scott

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(I)**

25

///

26

///

27

///

28

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(I)

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiffs Krista Itzhak, Sandy Kreutter, and Skip Solorzano, ("Plaintiffs"),pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss all of Plaintiffs' individual claims against current Defendant Keurig Green Mountain, Inc. and former Defendant Keurig Dr Pepper Inc. with prejudice, and dismiss the putative class's claims against current Defendant Keurig Green Mountain, Inc. and former Defendant Keurig Dr Pepper Inc. without prejudice. Each party shall bear its own attorney's fees and costs.

Dated: August 29, 2025                    KAZEROUNI LAW GROUP, APC

By:   /s/ Ryan L. McBride
Ryan L. McBride, Esq.
*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 29, 2025, I served a true and correct copy of the foregoing via email to all counsel for record.


<u>/s/ Ryan L. McBride</u>
RYAN L. MCBRIDE, ESQ.

NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(I)